**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ALEX KOSTIN, *et al.*, <br><br> Defendants. | NO. C12-2274-RSL <br><br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation;

2. Plaintiff's application to proceed *in forma pauperis* (Dkts. 1, 3) is DENIED; and

3. This matter is DISMISSED without prejudice in accordance with standing bar orders, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997); *In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982).

ORDER OF DISMISSAL - 1

1  DATED this 23rd day of April, 2013.

2

3

4

                                            ROBERT S. LASNIK
                                            United States District Judge

ORDER OF DISMISSAL - 2