| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOHN ROBERT DEMOS, JR.,

            Plaintiff,

  v.

ALEX KOSTIN, *et al.*,

            Defendants.

NO. C12-2274-RSL

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation;

2. Plaintiff's application to proceed *in forma pauperis* (Dkts. 1, 3) is DENIED; and

3. This matter is DISMISSED without prejudice in accordance with standing bar orders, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997); *In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982).

ORDER OF DISMISSAL - 1

DATED this 23rd day of April, 2013.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 2